**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP CRUMP,<br><br>                    Plaintiffs,<br><br>  v.<br><br>FRANKLIN CREDIT MANAGEMENT CORPORATION, et al.,<br><br>                    Defendants. | CASE NO.: 2:09-CV-02378-FCD-GGH<br><br>**ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>Judicial Assignment:<br>The Honorable Frank C. Damrell<br><br>Complaint Filed: August 25, 2009<br><br>Trial Date: None |

## ORDER

The Court having read the Stipulation of the Parties and good cause appearing,

IT IS HEREBY ORDERED that:

1. The deadline for Defendant FRANKLIN CREDIT MANAGEMENT CORPORATION to respond to the Complaint shall be extended from October 5, 2009, up to and including October 19, 2009.

DATED: October 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ORDER