UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

PHILLIP CRUMP,

        Plaintiff,

   v.

FRANKLIN CREDIT MANAGEMENT CORPORATION, et. al.,

        Defendants.

NO. CIV.S-09-2378 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   While the court has issued a Minute Order denying defendants' pending motions to dismiss as moot based on plaintiff's filing of a First Amended Complaint on January 18, 2010 (Docket #19), said amended complaint was untimely filed. Fed. R. Civ. P. 15(a)(1)(B).  Nonetheless, the court has accepted the filing and directs defendants to respond thereto as set forth in the Minute Order.

    2.   However, because of the untimely filing, the court issues an Order to Show Cause to plaintiff's counsel why she should not be sanctioned in the amount of $150.00 for the failure

to file a timely amended pleading as directed by the recently amended Federal Rule of Civil Procedure 15(a)(1)(B).

    3.   Plaintiff's counsel shall file her response to the Order to Show Cause on or before January 29, 2010.

    4.   A hearing on the order to show cause is set for **February 12, 2010 at 10:00 a.m.** in Courtroom #2.

IT IS SO ORDERED.

DATED: January 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE